

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| CHRISTOPHER MIRANDA, | § | No. 08-15-00349-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | Of El Paso County, Texas |
| State. | § | (TC# 20130D04013) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **February 8, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before February 8, 2017.

IT IS SO ORDERED this 28th day of December, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.